**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| MARY RINGOLD,<br><br>    *Plaintiff*,<br><br>    v.<br><br>BANK OF AMERICA HOME LOANS; BANK OF AMERICA HOME LOANS SERVICING, LP; NATIONWIDE TRUSTEE SERVICES, INC.<br><br>    *Defendants*. | Case No. 2:12-cv-02344-JMP-dkv |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all parties who have appeared in this case stipulate to a voluntary dismissal with prejudice of the above-captioned matter.

This is the 30th day of July, 2013.

Respectfully submitted,

/s/ Michael L. Harris_w/permission CBS___
Michael L. Harris (BPR No. 30634)
200 Jefferson Street, Suite 1066
Memphis, Tennessee 38103
(901) 292-7250 (phone)
mlh@harrislegalservices.com
*Attorney for Plaintiff Mary Ringold*


/s/ Colby B. Stevenson
Colby B. Stevenson (admitted *pro hac vice*)
MCGUIREWOODS, LLP
Fifth Third Center
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202
(704) 343-2393 (phone)
(704) 444-8746 (fax)
*cstevenson@mcguirewoods.com*

/s/ Paul Allen England
Paul Allen England (BPR No. 26288)
STITES & HARBISON, PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN  37219
(615) 782-2262 (phone)
(615) 742-0705 (fax)
*paul.england@stites.com*

*Attorneys for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I do hereby certify that true and exact copies of the foregoing **Stipulation of Dismissal** has this day been filed with the Clerk of the Court using the CM/ECF system and mailed a true copy of same via prepaid First Class mail, or electronic mail to:

Michael L. Harris
200 Jefferson Avenue, Suite 713
Memphis, Tennessee 38103
*Attorney for Plaintiff*

National Registered Agents, Inc.
3675 Crestwood Parkway
Duluth, GA 30096
*Registered Agent for Nationwide Trustee Services, Inc.*

Dated this 30th day of July, 2013

/s/ Colby B. Stevenson
Colby B. Stevenson