IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY RINGOLD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  2:12-cv-02344-JPM-dkv |
| | ) |
| BANK OF AMERICA HOME LOANS; | ) |
| BANK OF AMERICA LOANS | ) |
| SERVICING, LP; NATIONWIDE | ) |
| TRUSTEE SERVICES, INC., | ) |
| | ) |
|     Defendants. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Voluntary Dismissal (ECF No. 38), filed July 30, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Voluntary Dismissal, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendants are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ Jon P. McCalla
JON P. McCALLA
CHIEF JUDGE, U.S. DISTRICT COURT

July 30, 2013
Date